**Order filed June 13, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00081-CV

### SUSANA V. IZAGUIRRE, Appellant

### V.

### ROBERTO S. RIVERA, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-30420A**

## O R D E R

The clerk's record was filed February 14, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Motion for Reconsideration of Third Party Plaintiff Susana V. Izaguirre's Response to Third Party Defendant's Motion for Summary Judgment filed September 26, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 22, 2012, containing Motion for Reconsideration of Third Party Plaintiff Susana V. Izaguirre's Response to Third Party Defendant's Motion for Summary Judgment filed September 26, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM